Recpt. 149678

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In Re: | ) Case No. 06-13739 |
| --- | --- |
| | ) |
| Rhiannon Creter | ) Chapter 7 |
| | ) |
| Debtor | ) Judge Arthur I. Harris |

FILED 2010 JAN 15 PM 3: 43 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

## TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. 306 in the amount of $60,368.25, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
| --- | --- | --- | --- |
| Countrywide Home Loan, Inc. c/o Carlisle, McNellie, Rini Kramer & Ulrich Co., LPA 24755 Chagrin Blvd, #200 Cleveland, Ohio 44122 | | $60,368.25 | $60,368.25 CK 306 |

Dated: January 13, 2010

/s/ Sheldon Stein
Sheldon Stein, Trustee

cc: United States Truste